**Arthur Duane JACKSON,**
**Plaintiff–Appellant,**

v.

**J.P. GONZALEZ, Associate Warden;**
**et al., Defendants–Appellees.**

No. 09–56157.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 16, 2010.*

Filed Nov. 23, 2010.

Arthur Duane Jackson, Coalinga, CA, pro se.

Terrence F. Sheehy, Esquire, Deputy Attorney General, Office of the California Attorney General, San Diego, CA, for Defendants–Appellees.

Before: TASHIMA, BERZON, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Arthur Duane Jackson, a California state prisoner, appeals pro se from the district court's summary judgment dismissing his 42 U.S.C. § 1983 action alleg-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ing denial of access to courts. We have jurisdiction under 28 U.S.C. § 1291. We may affirm on any grounds supported by the record. *Atel Fin. Corp. v. Quaker Coal Co.,* 321 F.3d 924, 926 (9th Cir.2003) (per curiam). We review de novo, *Midwater Trawlers Coop. v. Dep't of Commerce,* 393 F.3d 994, 1002 (9th Cir.2004), and we affirm.

The only issue open on remand was whether Jackson was unable to bring a claim in state court because defendants allegedly denied him access to some of his legal materials. Jackson has not raised this issue on appeal, and thus it is waived. *See McKay v. Ingleson,* 558 F.3d 888, 891 n. 5 (2009).

Jackson's remaining contentions are unpersuasive.

**AFFIRMED.**